# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:  Sally Ophelia Sheria Nalls                          Case No. __13bk35259_____
        Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

  This order is subject to being vacated at a later time if developments in the administration of the
  bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

  The debtor shall pay the chapter 7 filing fee according to the following terms:

  $ _76.50_____ on or before _10/04/2013_

  $ _76.50_____ on or before _11/04/2013_

  $ _76.50_____ on or before _12/03/2013_

  $ _76.50_____ on or before _01/02/2014_

  Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
  additional property to an attorney or any other person for services in connection with this case.

  IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
  INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

  A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
  on _____ at _____ at _____
                                                              (address of courthouse)

  IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
  DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
  DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __**SEP 0 6 2013**__

BY THE COURT

_____
United States Bankruptcy Judge